No. 78–6231. WEDDINGTON v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 78–6233. SOLBERG v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78–6241. LYON v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 78–6242. GREEN v. CRANE. Sup. Ct. Miss. Certiorari denied.

No. 78–6252. SAWAYA v. BERNALILLO COUNTY ASSESSOR. Sup. Ct. N. M. Certiorari denied.

No. 78–6254. BANKS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–6259. HAMPEL v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 78–6267. MILLIGAN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 78–6268. SALLIE v. NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–6269. STUART v. GAMWELL. Ct. App. Ga. Certiorari denied.

No. 78–6273. WILLIAMS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 78–6274. SANCHEZ v. DALLAS MORNING NEWS ET AL. C. A. 5th Cir. Certiorari denied.